**Ron K. Cheng, OSB #142955**
CHENG LAW LLC
50 SW Pine St. Suite 401
Portland, Oregon 97204
Telephone: 971-770-2053
ron@rkchenglaw.com

**Robert Le, OSB #094167**
THE LAW OFFICE OF ROBERT LE
1235 SE Morrison Street, 2nd Floor
Portland, Oregon 97214
Telephone: 503-734-2099
rl@robertlelaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | | |
|---|---|---|
| **THOAI HA** and **ANH PHAM,** | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **COMPLAINT** |
| v. | ) | Product Liability Civil Action (ORS 30.900) |
| | ) | |
| **COSTCO WHOLESALE** | ) | DEMAND FOR JURY TRIAL |
| **CORPORATION, TITAN CHAIR LLC,** | ) | |
| and, **OSAKI USA** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

1.

## INTRODUCTION

Plaintiffs, a married couple, purchased the Osaki 4D Encore Massage Chair from Defendant Costco Wholesale's online store. The massage chair was received and used as directed. Normally, the chair would inflate the padding surrounding the user in order to initiate the massage. However, on January 18, 2023, when Plaintiff Ha attempted to use the Osaki massage chair, the chair padding did not stop inflating and it became unresponsive to commands to stop the inflation or power off the chair. Plaintiff Ha was trapped for around eight hours and her legs were crushed.

2.

At all material times, Defendant Costco Wholesale Corporation, was a foreign business corporation, authorized to do business and doing business as Costco, selling goods and products, including the Osaki 4D Encore Massage Chair, through their online store.

3.

At all material times, Defendant Titan Chair LLC, was a foreign business corporation, selling and distributing goods and products, including the Osaki 4D Encore Massage Chair, through Defendant Costco Wholesale Corporation.

4.

At all material times, Osaki USA, was a foreign business corporation, designing, manufacturing, selling, and distributing goods and products, including the Osaki 4D Encore Massage Chair, through Defendant Titan Chair LLC, and Defendant Costco Wholesale Corporation.

5.

At all material times, Plaintiffs were residents of Portland, Oregon.

**FIRST CLAIM FOR RELIEF**

**(STRICT PRODUCTS LIABILITY – ORS 30.900)**

**(Against All Defendants)**

6.

On October 30, 2022, Plaintiffs purchased the Osaki 4D Encore Massage Chair through Defendant Costco's online store.

7.

The Osaki 4D Encore Massage Chair was distributed and delivered by Defendant Titan Chair LLC on or about November 2022.

8.

The massage chair was designed and manufactured to inflate the chair's padding around the user's body to initiate a whole body massage.

9.

On the morning of January 18, 2023, Plaintiff Ha decided to use the Osaki massage chair after her husband, Plaintiff Anh Pham, left for work.

10.

She sat in the Osaki massage chair, turned it on, and waited for the chair padding to inflate and start the massage.

11.

The padding inflated around both her legs and became uncomfortable and tight, trapping Plaintiff Ha in the chair.

12.

Plaintiff Ha attempted to stop the inflation, end the massage, and power down the massage chair, but the massage chair did not power down.

13.

Despite Plaintiff Ha's screams for help, she was trapped in the massage chair, unable to get help, or turn off the massage chair. The padding continued to inflate and crush her legs for around 8 hours.

14.

Plaintiff Pham returned from work later that day, to find his wife in excruciating pain and trapped in the massage chair. Plaintiff Pham also could not turn off the massage chair.

15.

An ambulance was called to extract Plaintiff Ha from the chair.

16.

Plaintiff Ha's legs were crushed and she required immediate emergency surgery.

17.

Plaintiff Ha suffered from crush injuries; compartment syndrome of the lower extremity; injuries of the peripheral nerve of both lower legs; neuropathic pain, neuralgia, neuritis; and complex regional pain syndrome.

18.

Plaintiff Ha has incurred approximately $150,000.00 in medical expenses and continues to suffer weakness, pain, and the is limited in the full use of her legs, which may be permanent.

19.

Defendants are strictly liable under ORS 30.900 for designing, distributing, and selling the Osaki 4D Encore Massage Chair, in an unreasonably dangerous and defective condition for the use intended, in one or more of the following particulars:

a. In failing to manufacture the incident massage chair to operate in a safe way;

b. In failing to test or inspect the incident massage chair for defects before distribution;

c. In failing to warn users of the foreseeable dangers of being trapped in the massage chair;

d. In failing to design the incident massage chair with an emergency shut off in case the remote or chair buttons failed to respond.

20.

Defendants' faults and negligence caused Plaintiff Ha to incur medical bills of about $150,000.00; future and ongoing medical expenses to be determined based on the evidence, but not to exceed $100,000.00; and past and future wage loss and earning capacity in the approximate amount of $1,000,000.00; all to her economics damages of approximately $1,250,000.00. Plaintiff Ha reserves the right to amend the damages based on evidence discovered in litigation and presented at trial.

21.

As a further result of Defendants' fault and negligence, Plaintiff Ha has endured pain, suffering, the interruption of her day-to-day activities, and the loss of her enjoyment of life, all to her non-economic damages in an amount to be determined by a jury, but not to exceed $2,000,000.00.

///

## SECOND CLAIM FOR RELIEF

## (LOSS OF CONSORTIUM)

## (Against All Defendants)

22.

Plaintiff Pham is married to Plaintiff Ha.

23.

As a result of the incident and the strict liability of Defendants described in Paragraphs 6 through 21 of this Complaint, Plantiff Pham has suffered distress, loss of care, comfort, companionship, and consortium, all to his non-economic damages in the amount of $1,000,000.00.

## THIRD CLAIM FOR RELIEF

## (PUNITIVE DAMAGES)

## (Against All Defendants)

24.

Plaintiffs are under the impression that Defendants were aware of other similar injuries and the product's defect. If proven at trial, Plaintiff seeks punitive damages at an amount to be determined by a jury.

WHEREFORE, Plaintiff prays that judgment be entered against Defendant as follows:

a) That Plaintiff Ha be awarded $1,250,000.00 in economic damages;

b) That Plaintiff Ha be awarded $2,000,000.00 in non-economic damages;

c) That Plaintiff Pham be awarded $1,000,000.00 in non-economic damages;

d) That Plaintiffs be awarded punitive damages in an amount to be determined by a jury;

e) That Plaintiffs be awarded a prevailing party fee, costs, and disbursements herein;

///

   f)   That Plaintiffs be awarded other and further relief as this Court deems just and equitable.

DATED this 28th Day of June 2024.

s/Ron K. Cheng
Ron K. Cheng, OSB #142955
CHENG LAW LLC

Robert Le, OSB #094167
LAW OFFICE OF ROBERT LE

Of Attorneys for Plaintiffs
